UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:01cr104-05 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| JOSE OSEGUERA RODRIGUEZ, | ) | |
| Defendant | ) | |

Defendant **JOSE OSEGUERA RODRIGUEZ** moves the Court for modification of his imposed sentence. The Motion is **DENIED.**

The defendant is not eligible for a reduction pursuant to Amendment 706. According to the Presentence Report prepared for the above referenced case, the controlled substance related to this offense was cocaine powder not crack cocaine.

Signed: February 17, 2010

Frank D. Whitney
United States District Judge