# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:01-cr-104-5-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| JOSE OSEGUERA RODRIQUEZ | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 230) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** As stated in Document #228 and 229, the defendant is not eligible for a sentence reduction. The controlled substance related to this offense was cocaine powder not crack cocaine. This defendant is not eligible for a reduction pursuant to Amendment 706.

**IT IS SO ORDERED**.

Signed: July 8, 2010

Frank D. Whitney
United States District Judge